IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE HOROCHAK, | § |
| | § |
| Plaintiff, | §   Civil Action No. 2:18-cv-01166-CB |
| | § |
| v. | § |
| | § |
| NAVIENT SOLUTIONS, INC., | § |
| | § |
| Defendant. | § |
| | § |
| | § |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                                           RESPECTFULLY SUBMITTED,

DATED: March 20, 2019

                                               By: /s/ Amy L. Bennecoff Ginsburg
                                                   Amy L. Bennecoff Ginsburg, Esq.
                                                   Kimmel & Silverman, P.C.
                                                   30 E. Butler Avenue
                                                   Ambler, PA 19002
                                                   Tel: 215-540-8888
                                                   Fax: 215-540-8817
                                                   teamkimmel@creditlaw.com
                                                   Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Eric M. Hurwitz, Esq.
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
Phone: 856-321-2406
Fax: 856-321-2415
Email: ehurwitz@stradley.com

Laura J. Persun, Esq.
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Phone: 215-564-8108
Email: lpersun@stradley.com
Attorneys for Defendant

Dated: March 20, 2019                    By: /s/ Amy L. Bennecoff Ginsburg
                                         Amy L. Bennecoff Ginsburg, Esq.
                                         Kimmel & Silverman, P.C.
                                         30 E. Butler Avenue
                                         Ambler, PA 19002
                                         Tel: 215-540-8888
                                         Fax: 215-540-8817
                                         teamkimmel@creditlaw.com