IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLINE HOROCHAK, | § § | |
| Plaintiff, | § § | Civil Action No. 2:18-cv-01166-CB |
| v. | § § | |
| NAVIENT SOLUTIONS, INC., | § § | |
| Defendant. | § § § | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Eric M. Hurwitz | */s/* Amy L. Bennecoff Ginsburg |
| Eric M. Hurwitz, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Stradley Ronon Stevens & Young, LLP | Kimmel & Silverman, P.C. |
| 457 Haddonfield Road | 30 East Butler Pike |
| Suite 100 | Ambler, PA 19002 |
| Cherry Hill, NJ 08002 | Phone: 215-540-8888 |
| Phone: 856-321-2406 | Fax: 877-788-2864 |
| Email: ehurwitz@stradley.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: May 17, 2019 | Date: May 17, 2019 |

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Eric M. Hurwitz, Esq.
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002
Phone: 856-321-2406
Email:  ehurwitz@stradley.com
Attorney for the Defendant


Dated: May 17, 2019			By: /s/ Amy L. Bennecoff Ginsburg
					Amy L. Bennecoff Ginsburg, Esq.
					Kimmel & Silverman, P.C.
					30 E. Butler Avenue
					Ambler, PA 19002
					 Tel: 215-540-8888
					 Fax: 215-540-8817
					Email: teamkimmel@creditlaw.com
					Attorney for Plaintiff